UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KHOR CHIN LIM,

                             Plaintiff,

   -v-                                                    1:12-CV-1390

DIANE F. BOSSE, et al.,

                             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                     OF COUNSEL:

KHOR CHIN LIM, Plaintiff pro se
Illinois Department of Human Services
Elgin Mental Health Center
750 South State Street
Elgin, IL 60123


DAVID N. HURD
United States District Judge

## **ORDER TO STRIKE**

IT IS HEREBY ORDERED, that the Amended Complaint (Dkt. No. 21), Motion for Reconsideration (Dkt. No. 22), Emergency Motion for Temporary Restraining Order (Dkt. No. 23), and Request for Judicial Notice (Dkt. No. 24) submitted by plaintiff in the above-entitled action shall be stricken from the docket. Plaintiff's Complaint was dismissed pursuant to the Order of January 15, 2013. This case is now closed. Because plaintiff's submissions are being stricken from the docket, they will not be considered.

Finally, plaintiff's Motion for Extension of Time to File Appeal and to Expedite Appeal (Dkt. No. 26) will be denied. <u>See</u> Fed. Rule of App. Pro. 4

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 11, 2013
Utica, New York.